Edward C. **KOHLER, Dolores Kohler and Ed-Kohler Interstate Services, Inc. Appellants,**

v.

**HAAS & WILKERSON, INC. and Haas-Stephenson, Inc., Respondents.**

**No. WD 37698.**

Missouri Court of Appeals, Western District.

Dec. 23, 1986.

Rehearing Denied Feb. 3, 1987.

Wesley B. Jennings, Kansas City, for appellants.

Albert W. Thomson, Linde Thomson Fairchild Langworthy Kohn & Van Dyke, Jefferson City, for respondents.

Before GAITAN, P.J., and TURNAGE and LOWENSTEIN, JJ.

## ORDER

**PER CURIAM:**

Plaintiffs appeal from judgment in favor of defendants in suit for negligent failure to obtain insurance and for fraud.

Judgment affirmed. Rule 84.16(b).